19 15931 JKF

Fill in this information to identify your case:

Debtor 1: Donte Osbourne

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** Montgomery County Tax Claim (Creditor's Name)
PO Box 190
Norristown, PA 19404

Describe the property that secures the claim:
1625 Park Ave.
Willow Grove, PA. 19090

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  4  7  8  1

$_____   $_____   $_____

**2.2**
(Creditor's Name)

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$_____   $_____   $_____

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

**Part 1:** Additional Page
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

☐

Creditor's Name _____

Number    Street _____

_____

City          State    ZIP Code

Describe the property that secures the claim:

[ ]

$_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

☐

Creditor's Name _____

Number    Street _____

_____

City          State    ZIP Code

Describe the property that secures the claim:

[ ]

$_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

☐

Creditor's Name _____

Number    Street _____

_____

City          State    ZIP Code

Describe the property that secures the claim:

[ ]

$_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $_____

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page ___ of ___

Debtor 1 __Donte Osbourne_____  Case number (if known)_____
         First Name  Middle Name  Last Name

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  
Name _____  
Number  Street _____  
City ____ State ____ ZIP Code ____  
On which line in Part 1 did you enter the creditor? ____  
Last 4 digits of account number ___ ___ ___ ___

☐  
Name _____  
Number  Street _____  
City ____ State ____ ZIP Code ____  
On which line in Part 1 did you enter the creditor? ____  
Last 4 digits of account number ___ ___ ___ ___

☐  
Name _____  
Number  Street _____  
City ____ State ____ ZIP Code ____  
On which line in Part 1 did you enter the creditor? ____  
Last 4 digits of account number ___ ___ ___ ___

☐  
Name _____  
Number  Street _____  
City ____ State ____ ZIP Code ____  
On which line in Part 1 did you enter the creditor? ____  
Last 4 digits of account number  4  7  8  1

☐  
Name _____  
Number  Street _____  
City ____ State ____ ZIP Code ____  
On which line in Part 1 did you enter the creditor? ____  
Last 4 digits of account number ___ ___ ___ ___

☐  
Name _____  
Number  Street _____  
City ____ State ____ ZIP Code ____  
On which line in Part 1 did you enter the creditor? ____  
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D     Part 2 of Schedule D: Creditors Who Have Claims Secured by Property     page ___ of ___